# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 09-cv-01881-RPM

EXEMPLA, INC., a Colorado corporation,

    Plaintiff,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant.

___

## ORDER GRANTING SPARK ENERGY GAS, LP'S MOTION TO FILE THIRD PARTY COMPLAINT AGAINST MICHAEL GREGORY AND AMKOR NATURAL GAS COMPANY
___

    Upon consideration of Defendant and Counterclaim Plaintiff Spark Energy Gas, LP's ("Spark's"), Motion to File third Party Complaint Against Michael Gregory and Amkor Natural Gas Company (#26), it is

    ORDERED that the motion is granted and the third party complaint attached thereto is accepted for filing.

    DATED this 19th day of March, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge