IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01881-RPM

EXEMPLA, INC., a Colorado corporation,

        Plaintiff,

v.

SPARK ENERGY GAS, L.P.,

        Defendant.

v.

MICHAEL GREGORY and
AMKOR NATURAL GAS COMPANY,

        Third-Party Defendants.
_____

**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE THIRD PARTY COMPLAINT WITH PREJUDICE**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal Of the Third Party Complaint with Prejudice, and the Court being fully advised in the premises, hereby ORDERS that the Third Party Complaint against Michael Gregory and Amkor Natural Gas Company in this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

      Dated: September 8th, 2010.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge