# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:09-cv-01881 – RPM

EXEMPLA, INC., a Colorado corporation,

    Plaintiff and Counterclaim Defendant,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant and Counterclaim Plaintiff.

## Order

Upon consideration of Defendant Spark Energy Gas, LP's Motion for Leave to File First Amended Counterclaims (41), filed on November 1, 2010, it is

ORDERED that the Motion is granted and Defendant's First Amended Counterclaims attached thereto is accepted for filing and plaintiff Exempla, Inc. has 21 days from the date of this Order to answer.

Dated: December 15th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge