IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01881-RPM

EXEMPLA, INC., a Colorado corporation,

      Plaintiff,

v.

SPARK ENERGY GAS, L.P., a Texas limited partnership,

_____

ORDER DISMISSING CASE WITH PREJUDICE

_____

      Pursuant to the Stipulation for Dismissal with Prejudice, filed March 24, 2011 [50], it is

      ORDERED that this civil action, the Complaint and the First Amended Counterclaims are

dismissed with prejudice.  It is

      FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

      DATED:   March 25th , 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge